DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-602 EMC |
| Plaintiff, | |
| v. | **APPLICATION AND [PROPOSED] UNSEALING ORDER** |
| JOSE BUENROSTRO, et al., | |
| Defendants. | |

The United States moves this Court to unseal the Indictment. One of the defendants in this matter, Jose Buenrosto, was arrested last year. The second defendant, Jose Vega-Sainz, was recently arrested. The third defendant remains a fugitive, but the government believes that there is no longer a reason to keep the Indictment sealed. Accordingly, the United States respectfully requests that the Court unseal the Indictment.

DATED: February 5, 2020

    Respectfully submitted,

    DAVID L. ANDERSON
    United States Attorney

    /s/ Philip Kopczynski
    PHILIP KOPCZYNSKI
    Assistant United States Attorney

# [PROPOSED] ORDER

Good cause appearing, it is ORDERED that the Indictment is unsealed.

DATED: February 10, 2020

HON. EDWARD M. CHEN
United States District Judge